**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |  |
|---|---|---|
| Luis Alfredo Cajilema Aucanzhala, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | Civil Action No. 26-CV-13047-AK |
| v. | ) | |
| | ) | |
| Antone Moniz, et al. | ) | |
| | ) | |
| Respondent (s). | ) | |

## ORDER OF DISMISSAL

**ANGEL KELLEY, D.J.**

In accordance with the Court's Order [Dkt. 11] entered on 7/31/2026, it is

hereby **ORDERED** that the above-entitled action be, and hereby is,

**DISMISSED**.

Dated: 8/10/2026                                        By the Court,

                                                        /s/ Courtney Horvath
                                                        Deputy Clerk